**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. )
)
PEDRO LEE LUERA, ) CASE NUMBER: CR-13-138-F
)
Defendant. )

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW Defendant, Pedro Luera, by and through counsel, Terri Coulter and moves the Court to modify the conditions of release entered by the Court upon conclusion of a detention hearing held on May 21, 2013. (ECF Doc. 23) In support of this motion Defendant would show the Court as follows:

1. The conditions of release which the defendant seeks to modify are as follows:

   (7)(f) The defendant must abide by the following restrictions on personal association, residence, or travel: Travel restricted to Oklahoma County unless pre-approved by USPO.

   and

   (7)(p) participate in one of the following location restriction programs and comply with its requirements as directed.

**(ii) Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

2. Mr. Luera has complied without exception to every condition of release imposed to date and has obtained employment.

3. Mr. Luera seeks to modify the foregoing conditions of release such that paragraph (7)(f) restricts his travel to the Western District of Oklahoma, and paragraph (7)(p) changes his home detention to a home curfew restriction between the hours of 10:00 p.m. to 7:00 a.m., unless he has a pre-approved work related exception. Mr. Luera will continue to be on electronic location monitoring.

4. Counsel would advise the Court that she is authorized to state that Assistant United States Attorney, Virginia L. Hines, has no objection to the requested modification, and that United States Probation Officer, Marissa Rios-Procter, has no objection to the requested modification.

WHEREFORE, defendant, Pedro Luera, respectfully requests the Court to modify his conditions of release.

Respectfully Submitted,

s/Terri Coulter

Terri Coulter, OBA #11274
Attorney for Defendant,
Pedro Lee Luera
3955 N. W. 23rd Street
Oklahoma City, Oklahoma 73107
Phone: 405-947-1937 / Facsimile: 405-947-1937

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Leslie M. Maye
and Virginia L. Hines
Assistant United States Attorneys

*s/Terri Coulter*
Terri Coulter, OBA #11274